**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAOLA GARCIA, | ) | Case No. CV-15-7436-R |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **BY LACK OF PROSECUTION AS TO THE** |
| | ) | **ONLY REMAINING DEFENDANT ADELE** |
| WELLS FARGO BANK, N.A., et al., | ) | **HASSAN** |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **May 9, 2016** why this action should not be dismissed for lack of prosecution as to the only remaining Defendant Adele Hassan;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the instant case against Defendant Adele Hassan for lack of prosecution.

Dated: MAY 11, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE