UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA GARCIA,<br><br>              Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK AND COMPANY, a Delaware corporation; ADELE HASSAN, an individual; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 2:15:cv-07436-R-KS<br><br>Assigned to Hon. Manuel L. Real<br><br>**JUDGMENT** |

1  On May 2, 2016 in Courtroom 8 of the above-entitled Court, Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion for Summary Judgment came on for hearing.  After providing the parties an opportunity to be heard, the Court granted Wells Fargo's motion in its entirety based on its determination that there was no genuine issue as to any material fact and that Wells Fargo was entitled to judgment as a matter of law on all claims against the company.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that judgment is entered in this action as follows:

1. Plaintiff Paola Garcia shall recover nothing from Defendant Wells Fargo Bank, N.A.;

2. Defendant Wells Fargo Bank, N.A. shall have judgment in its favor with respect to Plaintiff Paola Garcia's entire action; and

3. Defendant Wells Fargo Bank, N.A. shall recover from Plaintiff Paola Garcia its costs of suit in the sum determined by the Clerk of the Court pursuant to Local Rule 54-1, *et seq*.

**IT IS SO ORDERED.**

Dated: June 3, 2016

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

-1-
SMRH:477586557.1                                                                 [PROPOSED] JUDGMENT